MARY E. SCHLICHER and WILLIAM SCHLICHER, appellants,

*v.*

CHARLES H. KEELER et al., respondents.

[Argued December 6th, 1907.    Decided March 2d, 1908.]

On appeal from a decree of the former chancellor advised by Vice-Chancellor Bergen, whose opinion is reported in *62 Atl. Rep. 4.*

*Mr. Alan H. Strong,* for the appellants.

*Mr. Charles C. Hommann,* for the respondents, George W. Keeler and wife.

*Mr. John V. B. Wicoff,* for the respondent, Charles Keeler.

PER CURIAM.

The decree under review herein will be affirmed, for the reasons expressed in the opinion delivered by Vice-Chancellor Bergen in the court of chancery.

*For affirmance*—THE CHANCELLOR, CHIEF-JUSTICE, GARRISON, SWAYZE, REED, TRENCHARD, BOGERT, VROOM, GREEN, GRAY, DILL—11.

*For reversal*—None.